

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2017

No. 04-16-00227-CR

Allen John **MURRAY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR5283
Honorable Ray Olivarri, Judge Presiding

# O R D E R

The Pro se's motion requesting a free copy of record to draft an appellate brief is hereby DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk